# United States District Court
## Southern District of Georgia

DEMARCUS GRESHAM,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-179

STATE OF GEORGIA, et al.

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 11, 2018 adopting the Report and Recommendation as the opinion of the Court and overruling Plaintiff's objections, Plaintiff's request to proceed in forma pauperis is denied, Plaintiff's motions to join case records and submit state grievance are denied as moot, and this action is dismissed without prejudice. This case stands closed.

| 11/07/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk